

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 0 9 2020

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 2:20CR 00145 KGB |
| | ) | |
| v. | ) | 18 U.S.C. § 2252(a)(4)(B) |
| | ) | 18 U.S.C. § 2252(a)(1) |
| ANDREW LEONTA WIGGINS | ) | 18 U.S.C. § 2252(a)(2) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about March 11, 2020, in the Eastern District of Arkansas, and elsewhere, the defendant,

### ANDREW LEONTA WIGGINS,

knowingly possessed and accessed with intent to view one or more matters which contained an image of a minor engaged in sexually explicit conduct that had been mailed, shipped, and transported in interstate and foreign commerce, and which were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct.

All in violation of Title 18, United States Code, Section 2252(a)(4)(B).

### COUNT 2

On or about August 25, 2019, in the Eastern District of Arkansas, and elsewhere, the defendant,

### ANDREW LEONTA WIGGINS,

knowingly transported one or more visual depictions, using any means or facility of interstate or foreign commerce and in or affecting interstate or foreign commerce, by any means including by computer; and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(1) and (b).

## COUNT 3

On or about January 2, 2018, in the Eastern District of Arkansas, and elsewhere, the defendant,

### ANDREW LEONTA WIGGINS

knowingly distributed any visual depiction, namely file name "PART_1514921852556_fd0ba0e3-1aa8-4e74-b640-29fdoc8f4cc4.mp4", using any means or facility of interstate or foreign commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT 4

On or about January 2, 2018, in the Eastern District of Arkansas, and elsewhere, the defendant,

### ANDREW LEONTA WIGGINS

knowingly distributed any visual depiction, namely file name "PART_1514921852765_Screenshot_20171130-093236.JPG", using any means or facility of interstate or foreign commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT 5

On or about July 27, 2019, in the Eastern District of Arkansas, and elsewhere, the defendant,

ANDREW LEONTA WIGGINS,

knowingly transported one or more visual depictions, using any means or facility of interstate or foreign commerce and in or affecting interstate or foreign commerce, by any means including by computer; and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(1).

## FORFEITURE ALLEGATION

Upon conviction of any of the counts charged in Counts One through Three of this Indictment, the defendant, ANDREW LEONTA WIGGINS, shall forfeit to the United States, under Title 18, United States Code, Section 2253(a)(3), all property, real or personal, used or intended to be used to commit or to promote the commission of the offense and all property traceable to the property used or intended to be used to commit the offense.

(END OF TEXT.   SIGNATURE PAGE ATTACHED.)